ELIZABETH B. WILLIAMS et al., Respondents, *v.* ALBERT G. HATCH, Appellant.

*Williams* v. *Hatch*, 117 App. Div. 919, affirmed.
(Argued April 17, 1908; decided May 19, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

February 6, 1907, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action for an accounting and to recover the proceeds alleged to have been received from the sale of certain parcels of land.

*Alton B. Parker* for appellant.

*George C. Miller* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, HISCOCK and CHASE, JJ.    Absent: WILLARD BARTLETT, J.